M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2007 SEP -4  A 9:19

James Earl Crenshaw
Full name and prison name of
Plaintiff(s)

v.

Coosa County Jail
Wal-Mart · Sylacauga - on 280
Judge - Rochester Rochester
Terry Wilson - the sheriff
Lt. Stover. Coosa County Lt.

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

) DEBRA P. HACKETT, CLK
) U.S. DISTRICT COURT
) MIDDLE DISTRICT ALA
)
) CIVIL ACTION NO. 2:07CV793-MHT
) (To be supplied by Clerk of U.S. District
) Court)
)
)
)
)
)
)
)
)
)
)
)

I.  PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Coosa County Jail | P.O. Box 279 Rockford, Al 35136 |
| 2. | Wal-Mart | Sylacauga on 280 |
| 3. | Judge | Rochester "Coosa County" Judge |
| 4. | Terry Wilson | Coosa County sheriff |
| 5. | Lt. Stove | Coosa County stover |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Sense June 21, 06 up untill now Aug 30, 07.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: By been in here 14½ months, for something I did not doe.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

June 21, 06, I was walking down 280, Coming from Auburn, going to Birmingham. And a man gave me a ride, And he was also talking crazy to me, asking me about drugs, and he call me a nigger two (or) three times. So as we were going down 280, he gave out of gas, in front of wal-mart in Sylacauga, thats where I jump ou

GROUND TWO: at, and ran into wal-mart, And some people jump on me to. in there. Now they are trying to charge me with a theft case, of a car. something I didn't due.

SUPPORTING FACTS: Now the fact is that, I been sitting in here 14-½ months now on something I didn't due. Now I feel like they owe me for all this time for nothing, thats why I say they are violated my rights, all needs to be done was get, the tape from wal-mart. I know it shows everything that took place in this case.

GROUND THREE: And another thing I also ask the Judge to appoint me another lawyer, And he act like he didn't even hear me, but the Lt. did. Lt. Stover.

SUPPORTING FACTS: The fact is I feel that I'm been Violated of all my rights. 14½ months for nothing. And on top of that. I'm the one that got jump on. Judge Rochester for not appointing, THank you me another lawyer, after asking him.

Terry Wilson - accuse me of breaking the law, when I was told to do something as a Trustee.

Lt. Stover opening my legal mail with out me been there.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like for the Court to drop this case, and, Pay me for all this dead time, also wal-mart to Pay me for Jumping on me.

*James Earl Crenshaw*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-30-07
(Date)

*James Earl Crenshaw*
Signature of plaintiff(s)

James Earl Crenshaw
Coosa County Jail
P.O. Box 279
Rockford, Al. 35136
A-101

Legal Mail

COOSA COUNTY JAIL
INMATE MAIL

BIRMINGHAM AL 352
20 AUG 2007 PM 5 L

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

3610130711