In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
2007 SEP 19 A 10: 23
DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Earl Crenshaw
  Plaintiff

V.                                    CASE # 2:07-CV-793-MHT

Coosa County Jail, et al.,
  Defendants

(Motion For Appointment of Counsel)

It comes before this Honorable Court, that the above named Plaintiff James Earl Crenshaw ask this court for an appointment of Counsel. The plaintiff is a lay-man to the Federal Rules of Civil Procedure. The plaintiff has no access to any type of law books, to obtain any knowledge to proceed with this case. The plaintiff prays that the court would grant this motion.

James Earl Crenshaw Pro, Se

*James Earl Crenshaw*

9-18-07

(Certificate of Service)

The plaintiff, James Earl Crenshaw has placed a copy of Motion For Appointment of Counsel in the U.S. Mail to the Clerk and ask it be forwarded to ~~the~~ the defendants. or the defendants attorneys. The plaintiff don't have the address.

James Earl Crenshaw Jr., Sr.
*James Earl Crenshaw*
9-18-07

Jurs Earl Crenshaw
Coosa County Jail
P.O. Box 279
Rockford, Al. 35136
A-101

Legal Mail

COOSA COUNTY JAIL
INMATE MAIL

BIRMINGHAM AL 350
18 SEP 2007 PM 1 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

