In The District Court of The United States
For The Middle District of Alabama
Northern District

RECEIVED
2007 SEP 19 A 10: 24
DEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

James Earl Crenshaw   x
Plaintiff             x
                      x
v.                    x   CASE # 2:07-CV-793-MHT
                      x
Coosa County Jail, et al., x
Defendants            x
                      x

(Motion For Permission To Amend Complaint)

The plaintiff in above styled case ask the court for permission to Amend his original Complaint against Defendants Wilson and Stover.

James Earl Crenshaw Pro, Se
/s/ James Earl Crenshaw
9-18-07

(Certificate of Service)

The plaintiff, James Earl Crenshaw has placed A copy of Motion to Amend the Complaint in the U.S. Mail to the Clerk and ask it be forwarded to the defendants or the defendants attorney's. The plaintiff don't have the defendants address

James Earl Crenshaw Pro, Se
*James Earl Crenshaw*
9-18-07