RECEIVED
2007 OCT 18
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED
2007 OCT 12 A 9:29
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE DISTRICT COURT OF THE U.S. FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

JAMES EARL CRENSHAW  
 Plaintiff

v.      CASE #: 2:07-CV-793-MHT

Coosa County Jail, et al.,  
 Defendants

## Response to Order

THE defendants maintain that Crenshaw has not filed any inmate grievance challenging the actions about which he complains. Enclosed, you will find a copy of the Inmate Grievance and a Sworn Affidavit from the Plaintiff. The Plaintiff denies the allegations of the defendants. The Defendants was aware of the problem. The defendants is the ones that told me how to obtain a 1983 form. The Plaintiff ask the court to allow the proceedings to continue. The plaintiff ask that this be added to the other response.

# AFFIDAVIT

I, James L. Crenshaw, swear under oath that the foregoing statements is true and correct. As you will see enclosed is a Grievance Form with the date of 8-14-07. The plaintiff did try to relieve this matter through the proper procedure. Crenshaw obtain a Grievance Form, from one of the Jailer's of Coosa County Jail. AFTER filling out the Grievance Form was filled out, Crenshaw placed the Form in the door, with the other mail. That is the common place inmates place mail and other paperwork. Crenshaw never recieved a response from the Grievance Form. Then Crenshaw asked Lt. Stover for a 1983 Form. Lt. Stover stated, "The Sheriff says you have to mail for one. Then Crenshaw proceeded with the 1983 Form.

Signed,
James Earl Crenshaw Pro, se
10-10-07

# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME: James E. Crenshaw      CELL: A-101

DATE: 8-19-07                TIME: 11:24 A.M

Please check one of the following:

____ Medical   ____ Commissary   ✓ Grievance   ____ Other

Briefly state your request or list your commissary items below"

Lt. Stover, I'm requesting for a 1983 form, So I can file a law suit against Wal-mart, and Judge Rochester and the sheriff Terry Wilson, and you to Lt. Stover.
1. Wal-mart- for jumping on me
2. Judge Rochester- for violating my rights
3. Lt. Stover for not doing his job right, opening my legal mail without me been presence.
4. Sheriff Terry Wilson- falsely accused me of stealing And, plus I was a trustee at the time.
            Thank You

Inmate's signature: James Earl Crenshaw

Do not write below—for reply only

Signature of Jail Officer receiving original request:

## Certificate of Service

I Hereby certify that on this the 16th day of October, 2007, I haved Filed the foregoing with the Clerk of the Court using the U.S Postal Service, with postage prepaid, and a copy to the following participant:

Webb & Eley, P.C.
P.O. Box 240909
Montgomery, AL. 36124

James Ethel Crenshaw
Coosa County Jail
P.O. Box 279
Rockford, AL. 35136

Legal Mail !!

COOSA COUNTY JAIL
INMATE MAIL

36101=0711

OFFICE OF THE CLERK
U.S. District Court
P.O. Box 711
Montgomery, AL. 36101-0711

BIRMINGHAM AL 350
17 OCT 2007 PM 4 L
USA FIRST CLASS FOREVER