IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 OCT 17
DEBRA P. HACY
U.S. DISTRIC
MIDDLE DIST

James Earl Creenshaw
  Plaintiff,

V.

Coosa County Jail, et al.,
  Defendants.

CASE# 2:07-cv-00793-MHT-CSC

Amendment To Plaintiff's Response

The plaintiff in above styled case ask the court to allow him to Amend his response. The plaintiff did not recieve the Defendants Answer until 3 days after the courts ordered A response within 10 days. Either the defendants counsel sent my copy late or the jail held my mail.

1) The plaintiff did file a grievance form as shown in first response.

2) The plaintiff never stated he was sueing the defendants in the official capacities, only. He is sueing in their individual and official capacities.

3) The defendants admitt that it is Against Jail Policy to open Legal mail and admitted that

the plaintiff's legal mail was opened.

4) Lt. Stover fails to admitt that he was the one that opened the mail. He delivered the mail knowing that it was in directed violation with Jail Policy.

5) Sheriff Terry Wilson did admitt to accussing the plaintiff of a Theft charge. A charge was not placed on the plaintiff, but he was fired from trustee status, and placed in lockdown.

6) Mike Mull says, "That plaintiff was bringing contenband into the jail." No Disciplinary Report was filed for this incident. It is also jail policy for a Felony Charge to be placed on inmate bringing contenband in the jail. The plaintiff has not had none of these. This is just another false accusation from the Defendants.

7) All of the Disciplinary Reports in the file. The plaintiff was not notified or had a Due Process Hearing.

8) The Defendants are also asking for a Summary Judgement. The courts only ask for an answer to complaint. The plaintiff ask that the Court deny the Defendants Summary Judgement.

James Earl Crenshaw Pro Se,
10-15-07

Certificate of Service

I hereby certify that on the 15th day of October, 2007, I have placed a copy in the mail, postage prepaid, to the following participant:

Webb & Eley, P.C.
P.O Box 240909
Montgomery, Ala. 36124

James Earl Crenshaw
Pro Se,

James Earl Crenshaw
P.O. Box 279
Rockford, AL. 35136

Legal Mail!!

COOSA COUNTY JAIL
INMATE MAIL

36101307111

BIRMINGHAM AL 350
16 OCT 2007 PM 1 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, AL. 36101-0711

