IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

RECEIVED
2007 OCT 29 A 10: 11

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Earl Crenshaw      X
     Plaintiff,          X
                         X   Case # 2:07-cv-00793-MHT-CSC
V.                       X
                         X
Coosa County Jail, et al., X
     Defendants.         X

<u>Plaintiffs' Reply To Defendants Response</u>
<u>To Plaintiffs Response To Special Report</u>

Come NOW James Earl Crenshaw, the Plaintiff
in above-styled cause, and submitt his Reply to Defendants
Response.

<u>INTRODUCTION</u>

On October 24, 2007 the Defendants filed
a Reply to the Plaintiffs Response. The Defendants
try to falsely accuse the Plaintiff of not Compling with
the 1997e(a) of the Prison Litigation Reform Act,
The Defendants also try to make attempts to
prove that no one opened the Plaintiffs'
Legal Mail.

1

# ARGUMENT

## I   DEFENDANTS HAVE FAILED TO PROVE THEY DID NOT OPEN PLAINTIFFS' (LEGAL MAIL).

A).    The Plaintiff entered a AFFIDAVIT in his response. The DEFENDANTS ~~will~~ argue that this AFFIDAVIT is no good, because it is not notorized and the Defendants question the compentancy to testify. The plaintiff has no access to a Notary and I have shown my compentance, by my Ability to litigate law. The Defendants are trying every loophole to obtain a Summary Judgement. The Plaintiff has no access to ANY Law Books and is doing motions strictly on prior knowlegde. The plaintiff ask the courts to allow his Affidavit be allowed as evidence.

B).   THE DEFENDANTS CONTEST THE AUTHENIC OF THE GRIEVANCE FORM

The defendants states that the plaintiff should not be able to obtain a copy of the Grievance Form. When the Plaintiff Filed the Grievance FORM, he made a copy for his personal

2

File. The plaintiff knew he would not get a copy of the Grievance. The Defendants also stated that any Grievance gets a response within 72 hours. If the Defendants respond to a Grievance, what do they respond on? In Exhibit A, the plaintiff shows a place for a response. It is on the same form that the Grievance is on. If the Defendants respond to all Grievance's, why couldn't the plaintiff obtain a copy. The fact is, the Defendants never respond to any Grievance s. The Defendants have total access to the Plaintiffs inmate file. They can add to or take away any form's they wish to. The plaintiff ask the courts to notice in Defendant's Exhibit of Plaintiffs' File. They are copies of Minor Disciplinary Reports such as: yelling through the door. There is no Disciplinary Report for something as major as smuggling contraband. This is proof of the ability to add to or take away from inmates file.

(C) THE DEFENDANTS STATE THAT THEY HAD NO KNOWLEDGE OF PLAINTIFF's LEGAL MAIL BEING OPENED.

<u>3</u>

The Defendants state that the Plaintiffs'
mail had tape on it and it did not appear
to be open. When the Defendants open outgoing
mail, they seal the envelope with tape, in the
SAME MANNER. It would be ironic for the plaintiffs'
mail to be sealed with tape, by some other agency,
the same way Coosa County does.

Lt. STOVER has Knowledge of mail being
taped after it has been opened. He contest
that he did not open the Plaintiffs Legal mail,
yet he still accepted the mail, Knowing that
it was not properly sealed. It is amazing
that everyone Knows the envelope was not properly
sealed, yet no one opened it.

<u>Conclusion</u>

Because the Defendants has not proven
grounds for a Summary Judgement, the Plaintiff
ask the courts to deny the Defendants Summary
Judgement.

Respectfully submitted this the 26th day of Oct. 2007
James Earl Crenshaw
PRO, SE
P.O. Box 279
Rockford, Al. 35136

4

CERTIFICATE OF SERVICE

I here by certify that on this 26th day of October, 2007, I have placed a true copy in the U.S. Postal Service, postage prepaid to the Court Clerk and the following participant.

Webb & Eley P.C.
P.O. Box 240909
Montgomery, Al. 36124

James Earl Crenshaw
Pro, Se

5



# COOSA COUNTY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

NAME:_____  CELL:_____

DATE:_____  TIME:_____

Please check one of the following:

_____Medical      _____Commissary      _____Grievance      _____Other

Briefly state your request or list your commissary items below"

_____
_____
_____
_____
_____
_____
_____
_____
_____

Inmate's signature_____

Do not write below—for reply only

_____
_____
_____
_____

Signature of Jail Officer receiving original request:

6



BIRMINGHAM AL 350

26 OCT 2007 PM 6 L

James Earl Crenshaw
Coosa County Jail
P.O. Box 299
Rockford, Al. 35136

COOSA COUNTY JAIL
INMATE MAIL

Legal
Mail

OFFICE OF THE CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101307ll 3007