```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001410
Cashier ID: cstrecke
Transaction Date: 12/05/2007
Payer Name: COOSA COUNTY SHERIFFS OFFICE
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES EARL CRENSHAW
 Case/Party: D-ALM-2-07-CV-000793-001
 Amount:        $9.13
------------------------------------
CHECK
 Remitter: COOSA CO SHERIFFS DEPT
 Check/Money Order Num: 1206
 Amt Tendered:  $9.13
------------------------------------
Total Due:       $9.13
Total Tendered:  $9.13
Change Amt:      $0.00
```

DALM207CV000793-MHT

COOSA COUNTY SHERIFF'S OFFICE

FOR JAMES EARL CRENSHAW

P O BOX 279
ROCKFORD, AL  35136