IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

| | |
|---|---|
| JAMES EARL CRENSHAW, <br><br> Plaintiff, <br><br> v. <br><br> COOSA COUNTY JAIL, et al., <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:07-cv-00793-MHT-CSC <br> ) <br> ) <br> ) <br> ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW David Stover, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

12/12/2007
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)
Terry Wilson and David Stover
Counsel for (print names of all parties)
7475 Halcyon Pointe Drive, Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 12th ____ day of December _____ 20 07, to:

James Earl Crenshaw, Coosa County Jail, P.O. Box 279, Rockford, AL 35136

_____
_____
_____
_____
_____
_____

12/12/2007
_____              _____
        Date                                        Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

JAMES EARL CRENSHAW,

    Plaintiff,

v.    CASE NO. 2:07-cv-00793-MHT-CSC

COOSA COUNTY JAIL, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Terry Wilson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                Relationship to Party

12/12/2007
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)

Terry Wilson and David Stover
Counsel for (print names of all parties)
7475 Halcyon Pointe Drive, Post Office Box 240909
Montgomery, Alabama 36124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 12th____day of December_____ 20 07, to:

James Earl Crenshaw, Coosa County Jail, P.O. Box 279, Rockford, AL  35136

12/12/2007
Date

Signature