**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JAMES EARL CRENSHAW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-00793-MHT-CSC |
| | ) |
| **COOSA COUNTY JAIL, et al.,** | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT RECORD**

COME NOW Sheriff Terry Wilson and Lieutenant David Stover, the Defendants in the above-styled cause, and submit this Motion for Leave to Supplement their Special Report with additional documents from the Plaintiff's inmate file. As grounds for so moving the Defendants state as follows:

1.  Defendants filed their Special Report on October 8, 2007.

2.  Attached as Exhibit E to the Special Report was a copy of the Plaintiff's inmate file. The records in Exhibit E were current at the time of the filing of the Special Report.

3.  Since October 8, 2007, the Plaintiff has received additional medical treatment, and he has been the subject of various disciplinary reports, all of which is reflected in the additional records in the Plaintiff's inmate file. These records have a direct bearing on the validity of the claims in the Plaintiff's Complaint.

4.  Attached to this Motion are all the additional documents that have been placed in the Plaintiff's inmate file to date since the filing of the Defendants' Special Report, including all medical records, all inmate requests, all grievance forms,[1] and all disciplinary reports. These

---

[1] Notably, as discussed in the Special Report, the Plaintiff has failed to file a single grievance form, as required by the Coosa County Jail grievance policy, regarding *any claim in his Complaint*.

documents should supplement the documents attached to Exhibit E of the Defendants' Special Report.

5. The Plaintiff will not be prejudiced by this supplementation.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request that this Court grant their Motion for Leave to Supplement the Record by supplementing Exhibit E to their Special Report with the documents attached to this Motion as Exhibit A.

Respectfully submitted this 29th day of January, 2008.

                              **s/Joseph L. Hubbard, Jr.**
                              JOSEPH L. HUBBARD, JR., Bar Number HUB015
                              Attorney for Defendants
                              WEBB & ELEY, P.C.
                              7475 Halcyon Pointe Drive (36117)
                              Post Office Box 240909
                              Montgomery, Alabama  36124
                              Telephone:  (334) 262-1850
                              Fax:  (334) 262-1889
                              E-mail:  jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of January, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        James Earle Crenshaw
        Coosa County Jail
        P. O. Box 279
        Rockford, Alabama  36420

                              **s/Joseph L. Hubbard, Jr.**
                              OF COUNSEL

**EXHIBIT A**

# RELEASE PROCEDURE CHECKLIST

NOTE: ANY INDIVIDUAL BEING RELEASED ON DOMESTIC VIOLENCE AND OR CRIMES AGAINST ANOTHER PERSON IS TO HAVE CONDITIONS OF RELEASE FORM FILLED OUT.

- [✓] RELEASE FROM BLOODHOUND. (MAKE SURE INMATE TURNS IN ALL JAIL PROPETIES).
- [✓] TAKE OUT OF BOOKING BINDER (GREEN JAIL BOOK).
- [NA] COPIES OF BOND, RELEASE ORDERS AND/OR RECEIPTS FROM THE CLERK'S OFFICE PLACED IN THEIR FOLDER AND ORIGINALS PLACED IN JAIL PAPERWORK BASKET.
- [✓] JAIL RELEASE FORM FILLED OUT AND PLACED IN THE JAIL PAPERWORK BASKET.
- [NA] PLACE CONDITIONS OF RELEASE AND/OR SEX OFFENDER FORM IN FOLDER (IF REQUIRED).
- [✓] SENT TO OFFICE (JOAN OR SHEILA) TO TAKE MONIES OFF BOOKS.

CO'S SIGNATURE: _____

DATE: 01/25/08

## PLACE CHECKLIST ON LEFT SIDE OF BOOKING FOLDER.

# PATIENT HISTORY REPORT
## Coosa County Family Dentistry

**Date:** 01/08/2008                                                                                     **Page:** 1

| Patient Name: | James E Crenshaw<br>P. O. Box 10<br>Rockford, AL  35136 | Chart Number: CR0060<br>Billing Type: 1 |
|---|---|---|

| DATE | TEETH | DESCRIPTION | PATIENT | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 12/30/2007 |  | Patient Balance Forward | James | 0.00 |  | 0.00 |
| 01/08/2008 | 15 | Intraoral-periapical-1st film | James | 15.00 |  | 15.00 |
| 01/08/2008 | 15 | Extraction -single tooth | James | 85.00 |  | 100.00 |

| TOTAL PATIENT BALANCE AS OF 01/08/2008: | 100.00 |
|---|---|

# COOSA COUNTY JAIL
## INMATE DISCIPLINARY REPORT
(PLEASE PRINT ALL INFORMATION)

NAME OF INMATE: CRENSHAW, J   DATE: 12/31/07

DATE OF OCCURRENCE: 12/31/07

CORRECTION OFFICER ON DUTY: COWART/MANCIL

INCIDENT: CRENSHAW HAD HIS MAT OUT BANGING IT ON THE FLOOR, MANCIL ADVISED HIM TO QUIT.

— Mats aren't allowed in the dayroom —

RECEIVED BY: Mull   DATE: 1/3/8

REVIEWED BY:

ADMIN MULL: ✗   LT PEOPLES: ___   SGT JACKSON: ___

DATE:

ACTION TAKEN:

No visitation for 1 week



# COOSA COUNTY JAIL
# REQUEST FORM
(PLEASE PRINT ALL INFORMATION)

NAME OF INMATE: James E. Crenshaw    DATE: 12-25-07

**PLEASE CHECK ONE OF THE FOLLOWING:**

✓ MEDICAL    ___ COMMISSARY    ___ OTHER

**STATE YOUR REQUEST:**

I need to go to the dentist. I have a tooth that needs to be pull had.

THank you

James Crenshaw

RECEIVED BY: Gordon    DATE: 12/25/07

REVIEWED BY:

ADMIN MULL: _____    LT PEOPLES: _R_    DATE: _____

**ACTION TAKEN:**

Make appt.
Appt. Made 1/8/08 8:00

# INMATE DISCIPLINARY FORM

INMATES NAME: James Crenshaw / David Norman

OFFICER ON DUTY: Gordon

DATE OF OCCURANCE: 10/16/07

INCIDENT: At approximatly 2155 hrs. - I observed inmates Crenshaw and Norman locked up with each other - some punches were thrown. - They were in and out of my line of sight. I told all blocks to lockdown and called C.O. Turner to tower. - Altercation ended and I went into block to question inmates. Both stated they were horseplaying and got out of hand. Norman had no signs of injury. Crenshaw had a cut under eye on his right cheek. I cleaned his cut with alcohol and gave him bacitracin ointment and bandaids. - Also gave him ice pack for swelling. - Will watch him periodically. - May need stitches. Crenshaw stated he got cut on bench in dayroom. -

ACTION TAKEN: Recommend these inmates be separated tomorrow in A.M.

REVIEWED BY: _____

OFFICERS SIGNATURE AND CALL NUMBER:
Gordon - 2247