IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL CRENSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-793-MHT |
| ) | |
| TERRY WILSON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to supplement the record filed by the defendants on January 29, 2008 (Court Doc. No. 24), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 30th day of January, 2008.

                          /s/ Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE