IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL CRENSHAW, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:07-CV-793-MHT |
| | ) |
| TERRY WILSON, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On January 30, 2008, the court entered an order, a copy of which the Clerk mailed to the plaintiff. This order could not be delivered because the plaintiff was no longer at the address he had provided for service. In the order of procedure entered in this case, the court instructed the plaintiff that he must immediately inform the court of any new address. *Order of September 7, 2007 - Court Document No. 5* at 5. Thus, the plaintiff failed to comply with this requirement. This case cannot properly proceed if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before February 19, 2008 the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action. The plaintiff is specifically cautioned that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done this 8th day of February, 2008.

                                                      /s/ Charles S. Coody
                                                    CHARLES S. COODY
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE