DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004276
Cashier ID: brobinso
Transaction Date: 03/12/2008
Payer Name: COOSA COUNTY SHERIFFS OFFICE
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES EARL CRENSHAW
 Case/Party: D-ALM-2-07-CV-000793-001
 Amount:        $20.00
------------------------------------
CHECK
 Check/Money Order Num: 1296
 Amt Tendered:  $20.00
------------------------------------
Total Due:       $20.00
Total Tendered: $20.00
Change Amt:      $0.00