IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES EARL CRENSHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:07cv793-MHT |
| | ) | (WO) |
| TERRY WILSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 26, 2008, the magistrate judge filed a recommendation (Doc. # 27) in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is

ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 27) is adopted and that this case is dismissed without prejudice for failure of the plaintiff to properly prosecute this action and to comply with the orders of this court.

DONE, this the 17th day of March, 2008.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson　　　
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE