IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES EARL CRENSHAW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  2:07-cv-00793-MHT-CSC |
| | ) |
| **COOSA COUNTY JAIL, et al.,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Gary L. Willford, Jr., of the law firm of Webb & Eley, P.C., and files his notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

                                                s/Gary L. Willford, Jr.
                                                GARY L. WILLFORD, JR. Bar No.  WIL198
                                                Attorneys for Defendants
                                                WEBB & ELEY, P.C.
                                                7475 Halcyon Pointe Drive (36117)
                                                Post Office Box 240909
                                                Montgomery, Alabama  36124
                                                Telephone:  (334) 262-1850
                                                Fax:  (334) 262-1889
                                                E-mail:  gwillford@webbeley.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

    James Earle Crenshaw
    Coosa County Jail
    P. O. Box 279
    Rockford, Alabama  36420

            **s/Gary L. Willford, Jr.**
            OF COUNSEL