**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 30, 2008

# NOTICE OF CORRECTION

**From:**  Clerk's Office

**Case Style:** James Earl Crenshaw **v.** Coosa County Jail, et al.
**Case Number:** 2:07-cv-793-MHT

**Pleading : #31 - Notice of Appearance and #32 - Motion to Withdraw Attorney**

**Notice of Correction is being filed this date to advise that the referenced pleadings were e-filed this date with the wrong pdf documents attached.**

**The corrected pdf documents are attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES EARL CRENSHAW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07-cv-00793-MHT-CSC |
| | ) |
| **COOSA COUNTY JAIL, et al.,** | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Gary L. Willford, Jr., of the law firm of Webb & Eley, P.C., and files his notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

> **s/Gary L. Willford, Jr.**
> GARY L. WILLFORD, JR. Bar No. WIL198
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: gwillford@webbeley.com

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on this the 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

  James Earle Crenshaw
  Coosa County Jail
  P. O. Box 279
  Rockford, Alabama  36420

      **s/Gary L. Willford, Jr.**
      OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES EARL CRENSHAW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  2:07-cv-00793-MHT-CSC |
| | ) |
| **COOSA COUNTY JAIL, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Sheriff Terry Wilson and Lieutenant David Stover, Defendants in the above-styled cause.  As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C.  Gary L. Willford, Jr. of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendant Curtis Pritchard contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of said Defendant.

Respectfully submitted this the 30th day of May, 2008.

s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama  36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        James Earle Crenshaw
        Coosa County Jail
        P. O. Box 279
        Rockford, Alabama  36420

        **s/Joseph L. Hubbard, Jr.**
        OF COUNSEL