IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EARL CRENSHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-CV-793-MHT |
| | ) |
| TERRY WILSON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the defendants filed by Joseph L. Hubbard, Jr. on May 30, 2008 (Court Doc. No. 32), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 30th day of May, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE